
Minute Order Form

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 02 C 8928 | DATE | 12/11/2002 |
| CASE TITLE | Financial Management Services, Inc. vs. Coburn Supply Company, et al | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due ____.
(3) ☐ Answer brief to motion due____. Reply to answer brief due____.
(4) ☐ Ruling/Hearing on ____ set for ____ at ____.
(5) ■ Status hearing set for 1/22/03 at 9:00 A.M..
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on ____ set for ____ at ____.
(7) ☐ Trial[set for/re-set for] on ____ at ____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to ____ at ____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
  ☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Order. Leave is granted to Financial's counsel to file an appropriate amendment to the Complaint that properly establishes the existence of the total diversity required for nearly two centuries bu a filing in this court's chambers on or before December 23, 2002. In the absence of such a filing, this Court will be constrained to dismiss this action for lack of subject matter jurisdiction.

(11) ■ [For further detail see order on the reverse side of the original minute order.] order attached to the original minute

| | |
|---|---|
| | No notices required, advised in open court. |
| | No notices required. |
| ✓ | Notices mailed by judge's staff. |
| | Notified counsel by telephone. |
| | Docketing to mail notices. |
| | Mail AO 450 form. |
| | Copy to judge/magistrate judge. |

courtroom deputy's initials: SN

Date/time received in central Clerk's Office

number of notices

DEC 13 2002 date docketed

docketing deputy initials

12/12/2002 date mailed notice

SN mailing deputy initials

Document Number: 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FINANCIAL MANAGEMENT SERVICES, )
INC., )
 )
               Plaintiff, )
 )
v. )   No. 02 C 8928
 )
COBURN SUPPLY COMPANY, et al., )
 )
               Defendants. )

**DOCKETED**

**DEC 1 3 2002**

## MEMORANDUM ORDER

Financial Management Services, Inc. ("Financial Management") has filed a complaint against Coburn Supply Company, Inc. ("Coburn") and Lamonte's Heating and Cooling Sales, LLC ("Lamonte's"[1]), seeking to invoke federal subject matter jurisdiction on diversity of citizenship grounds. Because that effort is obviously flawed in one respect, this memorandum order is issued sua sponte to require Financial's counsel to cure the defect if possible.

There is no problem under the allegations of the Complaint as to the requisite amount in controversy under 28 U.S.C. §1332 ("Section 1332"). Where the problem arises instead is in one defective allegation as to the litigants' states of citizenship--not as to Financial (Complaint ¶1) or Coburn (Complaint ¶2), as to each of which the Complaint identifies its

---

    [1] This name is taken from the case caption, although the text of the Complaint simply refers to "Lamonte" without the "'s."



dual corporate citizenship under Section 1332(c)(1), but rather as to Lamonte's.

In that last respect Complaint ¶3 speaks of Lamonte's as "a Louisiana Limited Liability Company having its principal place of business in Mandeville, Louisiana." But it has been firmly established by our Court of Appeals (<u>Cosgrove v. Bartolotta</u>, 150 F.3d 729, 731 (7th Cir. 1998) and later cases citing <u>Cosgrove</u>) that the relevant citizenship of every limited liability company is that of each of its members, with the principal place of business being just as irrelevant as the place of the company's formation.

Accordingly leave is granted to Financial's counsel to file an appropriate amendment to the Complaint that properly establishes the existence of the total diversity required for nearly two centuries (<u>Strawbridge v. Curtiss</u>, 7 U.S. (3 Cranch) 267 (1806)) by a filing in this Court's chambers on or before December 23, 2002. In the absence of such a filing, this Court will be constrained to dismiss this action for lack of subject matter jurisdiction.

_____
Milton I. Shadur
Senior United States District Judge

Date: December 11, 2002