# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 8928 | **DATE** | 12/27/2002 |
| **CASE TITLE** | Financial Management Services vs. Coburn Supply Co., et al | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on ____ set for ____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on ____ set for ____ at ____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on ____ set for ____ at ____.

(7) ☐ Trial[set for/re-set for] on ____ at ____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Order. This Court sees no point in cluttering up the Court files with such unnecessary duplication. It is therefore not accepting the proposed First Amended Complaint for filing, expecting instead that a new one-page filing setting out a proper (and properly slender) identification of the required citizenship will be made promptly.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | Document Number |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | |
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | DEC 31 2002 date docketed | 3 |
| | Notified counsel by telephone. | | | |
| | Docketing to mail notices. | | docketing deputy initials | |
| | Mail AO 450 form. | | 12/27/2002 date mailed notice | |
| | Copy to judge/magistrate judge. | | | |
| SN | courtroom deputy's initials | date/time received in central Clerk's Office | SN mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FINANCIAL MANAGEMENT SERVICES, )
INC., )
              )
    Plaintiff, )
              )
v.            )  No. 02 C 8928
              )  Judge Shadur
COBURN SUPPLY COMPANY, et al., )
              )
    Defendants. )

## MEMORANDUM ORDER

What in the world has happened to lawyers' judgment? On December 11, 2002 this Court issued its two-page Memorandum Order ("Order") calling the attention of counsel for Financial Management Services, Inc. ("Financial Management") to a flaw in its bulky Complaint: a failure to identify properly the citizenship of one of the defendants (a limited liability company). With appropriate care, the Order concluded by granting leave to Financial's counsel "to file an appropriate amendment to the Complaint" (not a self-contained Amended Complaint) to cure the one jurisdictional flaw. That limited form of order reflected a decent respect for our nation's forests (the Complaint and exhibits were nearly 3/4" thick) as well as plain common sense.

Yet on December 20, 2002 Financial's counsel delivered to this Court's chambers for filing a full-blown First Amended Complaint ("FAC") that is just as thick (of course) as the original Complaint, even though all that had to be done was to

file an amended Complaint ¶ 3 containing just four lines. And on top of that, the only change made by counsel -- the rewritten Complaint ¶ 3 -- was wrong: It spoke of the residence and not the state of citizenship (which is of course the relevant fact for diversity purposes) of the limited liability company's sole member.

It is too late to save the damage to our natural resources that has been wreaked by generating multiple copies of such a needlessly thick document. But this Court sees no point in cluttering up the Court files (or its own chambers file) with such unnecessary duplication. It is therefore not accepting the proposed FAC for filing, expecting instead that a new one-page filing setting out a proper (and properly slender) identification of the required citizenship will be made promptly.[1]

_____
Milton I. Shadur
Senior United States District Judge

Dated: December 27, 2002

---

[1] Financial's counsel should call this Court's chambers to advise whether the counterparts of the unfiled FAC will be picked up or whether this Court's staff should dispose of them in our save-a-tree container.